Certificate Number: 16199-RI-CC-023048301



16199-RI-CC-023048301

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 24, 2014, at 9:18 o'clock PM EDT, Karen Abbondanza De La Motte received from CC Advising, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Rhode Island, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 24, 2014      By:     /s/Ryan McDonough for Rebecca Rivard

                          Name:   Rebecca Rivard

                          Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).