IN RE **Delamotte, Karen A** _____  Case No. **14-10661**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **403B TIAA CREFF** | 11 USC § 522(d)(12) | 99,000.00 | 99,000.00 |

* _Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

/s/karen A. Delamotte   5/1/14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Re:   Karen A. Delamotte

DOCKET NO: 14-10661
CHAPTER 7

## CERTIFICATION

I hereby certify that on this 1st day of May 2014, I electronically filed the Debtor's Amended Schedule C with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Charles Pisaturo and US Trustee Gary Donahue and I certify that on May 1, 2014, I have mailed by United States Postal Service, postage prepaid, Debtor's Amended schedule C to the following non CM/ECF participants. See Matrix attached

/s/William W. Harvey

Bank Of America
Po Box 982235
El Paso, TX   79998


Barclays Bank Delaware
125 S West St
Wilmington, DE   19801


Chase
Po Box 15298
Wilmington, DE   19850


Citi
Po Box 6241
Sioux Falls, SD   57117


Comenity Capital/hsn
995 W 122nd Ave
Westminster, CO   80234


IRS Central Insolvency Operation
PO BOX 21126
Philidelphia, PA   19114-0326


Ltd
7322 Southwest Freeway Suite 1600
Houston, TX   77074-2053


Northstar Location Services
4285 Genesee Street
Cheektowaga, NY   14225-1943


Shell/citi
Po Box 6497
Sioux Falls, SD   57117

```
Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN   55440


The Peoples Credit Uni
858 West Main Rd
Middletown, RI   02840


Toyota Motor Credit
1500 W Park Dr
Westborough, MA   01581
```